**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-51129

STATE OF TEXAS

Plaintiff - Counter Defendant - Appellee

VERSUS

YSLETA DEL SUR PUEBLO; TIGUA GAMING AGENCY; THE TRIBAL COUNCIL;
CARLOS HISA, Tribal Lieutenant Governor; FRANCISCO HERNANDEZ,
Tribal Gaming Commissioner; ALBERT ALVIDREZ, Tribal Governor

Defendants - Counter Claimants - Appellants

Appeal from the United States District Court
For the Western District of Texas, El Paso
EP-99-CV-320-GTE

January 17, 2002
Before KING, Chief Judge, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

We affirm the judgment of the district court essentially for
the reasons stated in its careful, thorough September 27, 2001
Memorandum Opinion.

AFFIRMED.  STAY VACATED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.